**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Marcus Rudolph KEYS, Defendant-Appellant.**

No. 17-6098

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 26, 2017

Marcus Rudolph Keys, Appellant Pro Se. John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Rudolph Keys appeals the district court's orders denying Keys' motion to unseal a pretrial motions hearing transcript and his motion to reconsider. The district court record includes a transcript of the trial testimony on the date in question, but the motions hearing was not transcribed. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*